IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KERNIA MARIA ESPINO :
    Plaintiff,
  v.
:     CIVIL NO. 09-2603
MICHAEL ASTRUE, Commissioner
of Social Security
    Defendant. :

**ORDER**

AND NOW, this 8th day of March, 2011, upon consideration of: Plaintiff's Brief and Statement of Issues in Support of Request for Review (Doc. No. 5); Defendant's Response to Request for Review of Plaintiff (Doc. No. 8); the Report and Recommendation of United States Magistrate Judge Henry S. Perkin (Doc. No. 10); Plaintiff's Objections thereto (Doc. No. 11); and, Defendant's Response to Plaintiff's Objections (Doc. No. 12), it is hereby ORDERED that:

    (1)     The Report and Recommendation is APPROVED and ADOPTED;

    (2)     The relief sought by Plaintiff is DENIED; and

    (3)     The decision of the Commissioner of Social Security is AFFIRMED.

BY THE COURT:

/s/ C. Darnell Jones, II J.